The BOARD OF TRUSTEES OF the UNIVERSITY OF ILLINOIS, Appellant

v.

MICRON TECHNOLOGY, INC., Appellee.

No. 2014–1509.

United States Court of Appeals, Federal Circuit.

March 12, 2015.

George C. Summerfield, Jr., Stadheim & Grear, Ltd., Chicago, IL, argued for appellant. Also represented by Rolf Stadheim.

Ruffin B. Cordell, Fish & Richardson, P.C., Washington, DC, argued for appellee. Also represented by Timothy W. Riffe, Adam Shartzer.

PROST, Chief Judge, MOORE and REYNA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.